BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JAIME DIAZ, ET AL.,<br><br>Defendants. | CASE NO. 2:13-CR-00412 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

1. By previous order, this matter was set for status on March 6, 2014.

2. By this stipulation, defendants now move to continue the status conference until April 10, 2014, at 9:30 a.m., and to exclude time between March 6, 2014, and April 10, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes approximately 700 pages of documents and photographs, including investigative reports. All of this discovery has been produced directly to counsel.

b) Counsel for defendants desire additional time consult with their clients, conduct investigation and research, review discovery, and to discuss potential resolutions with their clients.

c) Counsel for defendants believe that failure to grant the above-requested

continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The United States does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 6, 2014 to April 10, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 4, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

Dated: March 4, 2014

*/s/ Todd A. Pickles for*
DANNY BRACE
Counsel for Defendant
Emilio Marquez Barba

Dated: March 4, 2014

*/s/ Todd A. Pickles for*
KATHERINE E. LATHROP
Counsel for Defendant
Mario Lopez-Ayala

Dated: March 4, 2014

*/s/ Todd A. Pickles for*
DUSTIN JOHNSON
Counsel for Defendant
Gabriel Vargas-Guerrero

Dated: March 4, 2014

*/s/ Todd A. Pickles for*
CLEMENTE JIMENEZ
Counsel for Defendant
Jose Jaime Diaz

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 4th day of March, 2014.

Troy L. Nunley
United States District Judge