BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00412 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSE JAIME DIAZ, ET AL., | |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on April 10, 2014.

2. By this stipulation, defendants now move to continue the status conference until May 22, 2014, at 9:30 a.m., and to exclude time between April 10, 2014, and May 22, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 700 pages of documents and photographs, including investigative reports. All of this discovery has been produced directly to counsel.

   b) Additionally, several of the defendants have requested plea agreements, which the United States has or is in the process of providing to counsel. These counsel will need time to review the agreements as well as the discovery in the case with respect to the terms and factual bases of the

1 agreements, and consult with their clients regarding implications for trial.

2        c)      Counsel for defendants desire additional time consult with their clients, conduct
3 investigation and research, review discovery, and to discuss potential resolutions with their clients.

4        d)      Counsel for defendants believe that failure to grant the above-requested
5 continuance would deny counsel the reasonable time necessary for effective preparation, taking into
6 account the exercise of due diligence.

7        e)      The United States does not object to the continuance.

8        f)      Based on the above-stated findings, the ends of justice served by continuing the
9 case as requested outweigh the interest of the public and the defendant in a trial within the original date
10 prescribed by the Speedy Trial Act.

11        g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
12 et seq., within which trial must commence, the time period of April 10, 2014 to May 22, 2014, inclusive,
13 is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results
14 from a continuance granted by the Court at defendants' request on the basis of the Court's finding that
15 the ends of justice served by taking such action outweigh the best interest of the public and the
16 defendant in a speedy trial.

17     4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the
18 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
19 must commence.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

2

IT IS SO STIPULATED.

Dated:  April 8, 2014                                BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    */s/ Todd A. Pickles*
                                                    TODD A. PICKLES
                                                    Assistant United States Attorney


Dated:  April 8, 2014                               */s/ Todd A. Pickles for*
                                                    DANNY BRACE
                                                    Counsel for Defendant
                                                    Emilio Marquez Barba


Dated:  April 8, 2014                               */s/ Todd A. Pickles for*
                                                    KATHERINE E. LATHROP
                                                    Counsel for Defendant
                                                    Mario Lopez-Ayala


Dated:  April 8, 2014
                                                    */s/ Todd A. Pickles for*
                                                    DUSTIN JOHNSON
                                                    Counsel for Defendant
                                                    Gabriel Vargas-Guerrero


Dated:  April 8, 2014                               */s/ Todd A. Pickles for*
                                                    CLEMENTE JIMENEZ
                                                    Counsel for Defendant
                                                    Jose Jaime Diaz


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 8th day of April, 2014.

*[signature]*

Troy L. Nunley
United States District Judge