BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00412 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSE JAIME DIAZ, ET AL., | |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on June 19, 2014.

2. By this stipulation, defendants Jose Jaime Diaz, Emilio Barba, and Gabriel Vargas-Guerrero, by and through their undersigned counsel, now move to continue the status conference until July 31, 2014, at 9:30 a.m., and to exclude time between June 19, 2014, and July 31, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 700 pages of documents and photographs, including investigative reports. All of this discovery has been produced directly to counsel.

   b) Additionally, all of the defendants have requested plea agreements, which the United States has or is in the process of providing to counsel. Counsel will need time to review the

1 agreements as well as the discovery in the case with respect to the terms and factual bases of the
2 agreements, and consult with their clients regarding implications for trial.

3       c)     Counsel for defendants desire additional time consult with their clients, conduct
4 investigation and research, review discovery, and to discuss potential resolutions with their clients.

5       d)     Counsel for defendants believe that failure to grant the above-requested
6 continuance would deny counsel the reasonable time necessary for effective preparation, taking into
7 account the exercise of due diligence.

8       e)     The United States does not object to the continuance.

9       f)     Based on the above-stated findings, the ends of justice served by continuing the
10 case as requested outweigh the interest of the public and the defendant in a trial within the original date
11 prescribed by the Speedy Trial Act.

12       g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
13 et seq., within which trial must commence, the time period of June 19, 2014 to July 31, 2014, inclusive,
14 is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results
15 from a continuance granted by the Court at defendants' request on the basis of the Court's finding that
16 the ends of justice served by taking such action outweigh the best interest of the public and the
17 defendant in a speedy trial.

18     4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the
19 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
20 must commence.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER     2

IT IS SO STIPULATED.

Dated:  June 17, 2014
BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

Dated:  June 17, 2014
*/s/ Todd A. Pickles for*
DANNY BRACE
Counsel for Defendant
Emilio Marquez Barba

Dated:  June 17, 2014
*/s/ Todd A. Pickles for*
DUSTIN JOHNSON
Counsel for Defendant
Gabriel Vargas-Guerrero

Dated:  June 17, 2014
*/s/ Todd A. Pickles for*
CLEMENTE JIMENEZ
Counsel for Defendant
Jose Jaime Diaz

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 19th day of June, 2014.

Troy L. Nunley
United States District Judge