BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0412 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSE JAIME DIAZ, ET AL., | |
| Defendants. | |

**STIPULATION**

1.     By previous order, this matter was set for status on September 18, 2014.

2.     By this stipulation, defendants Jose Jaime Diaz, Emilio Barba and Gabriel Vargas-Guerrero, by and through their undersigned counsel, now move to continue the status conference until October 16, 2014, at 9:30 a.m., and to exclude time between September 18, 2014 and October 16, 2014, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

    a)     The government has represented that the discovery associated with this case includes approximately 700 pages of documents and photographs, including investigative reports. All of

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

this discovery has been produced directly to counsel.

      b)     All of the defendants have requested plea agreements, which the United States has provided to counsel. Counsel will need additional time to review the agreements as well as the discovery in the case with respect to the terms and factual bases of the agreements, and consult with their clients regarding implications for trial.

      c)     Counsel for defendants desire additional time to consult with their clients, conduct investigation and research, review discovery, and to discuss potential resolutions with their clients.

      d)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The United States does not object to the continuance.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 18, 2014 to October 16, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

IT IS SO STIPULATED.

Dated: September 16, 2014                          BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   */s/ Josh F. Sigal*
                                                   JOSH F. SIGAL
                                                   Special Assistant United States Attorney

Dated: September 16, 2014                          */s/ Josh F. Sigal for*
                                                   DUSTIN JOHNSON
                                                   Counsel for Defendant
                                                   Gabriel Vargas-Guerrero

Dated: September 16, 2014                          */s/ Josh F. Sigal for*
                                                   CLEMENTE JIMENEZ
                                                   Counsel for Defendant
                                                   Jose Jaime Diaz

Dated: September 16, 2014                          */s/ Josh F. Sigal for*
                                                   DANNY BRACE
                                                   Counsel for Defendant
                                                   Emilio Marquez Barba

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 16th day of September, 2014.

_____
Troy L. Nunley
United States District Judge

A-1

Plea Agreement