CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
JOSE JAIME DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

             Plaintiff,

   v.

JOSE JAIME DIAZ, et al.,

             Defendants.

Case No.: 2:13-cr-412 TLN

STIPULATION AND ORDER
VACATING DATE, CONTINUING
CASE, AND EXCLUDING TIME

DATE:   December 11, 2014
TIME:    9:30 a.m.
JUDGE:  Hon. Troy L. Nunley

     IT IS HEREBY STIPULATED by and between Assistant United States Attorneys
Josh Sigal and Todd Pickles, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez,
Counsel for Defendant JOSE JAIME DIAZ, Danny D. Brace, Jr., Counsel for Defendant
EMILIO MARQUEZ BARBA, and Dustin D. Johnson, Counsel for Defendant
GABRIEL VARGAS-GUERRERO, that the status conference scheduled for December
11, 2014, at 9:30 a.m., be vacated and the matter continued to this Court's criminal
calendar on January 29, 2015, at 9:30 a.m. for further status conference and anticipated
change of plea for some or all defendants.  Counsel require additional time to conduct
further research and investigation in addition to requiring additional time to confer with
their respective clients.  The parties have been actively attempting to arrive at resolution.

     IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18
U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),

(Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.


DATED:        December 9, 2014          /S/      Josh Sigal _____
                                        JOSH SIGAL
                                        Attorney for Plaintiff

                                        /S/      Todd Pickles_____
                                        TODD PICKLES
                                        Attorney for Plaintiff

                                        /S/      Clemente M. Jiménez_____
                                        CLEMENTE M. JIMÉNEZ
                                        Attorney for JOSE JAIME DIAZ

                                        /S/      Danny D. Brace, Jr._____
                                        DANNY D. BRACE, Jr.
                                        Attorney for EMILIO MARQUEZ BARBA

                                        /S/      Dustin D. Johnson_____
                                        DUSTIN D. JOHNSON
                                        Attorney for GABRIEL VARGAS-
                                        GUERRERO



**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for December 11, 2014, at 9:30 a.m., be vacated and the matter continued to this court's criminal calendar on January 29, 2015, at 9:30 a.m. for further status conference and anticipated change of plea.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting

1   a continuance outweigh the best interests of the public and the defendants to a speedy

2   trial.

3

4   This 9th day of December, 2014.

_____
Troy L. Nunley
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28