CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Jose Diaz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JOSE DIAZ,<br><br>        Defendant. | Case No.: 2:13-cr-412 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  July 20, 2017<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Pickles, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for Jose Diaz, that the status conference scheduled for July 20, 2017, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on July 27, 2017, at 9:30 a.m., for further status conference and anticipated change of plea.

The parties are in the process of finalizing language in the plea agreement. Defense counsel will require additional time to review any revisions with Mr. Diaz prior to change of plea.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the

defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: July 18, 2017        /S/     Todd Pickles_____
TODD PICKLES
Assistant United States Attorney
Attorney for Plaintiff

/S/     Clemente M. Jiménez_____
CLEMENTE M. JIMÉNEZ
Attorney for Jose Diaz

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for July 20, 2017, at 9:30 a.m., be vacated and the matter continued to July 27, 2017, at 9:30 a.m., for further status conference and anticipated change of plea. The Court finds that time under the Speedy Trial Act be excluded from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

This 18th day of July, 2017

_____
Troy L. Nunley
United States District Judge