CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Jose Diaz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOSE DIAZ,<br><br>  Defendant. | Case No.: 2:13-cr-412 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   July 27, 2017<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Pickles, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for Jose Diaz, that the status conference scheduled for July 27, 2017, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on August 3, 2017, at 9:30 a.m., for further status conference and anticipated change of plea.

   Following ongoing discussions, the defense was provided with a revised final plea agreement.  Defense counsel will require additional time to coordinate with an interpreter, and to review the plea agreement with Mr. Diaz.

   IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the

defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   July 25, 2017        /S/    Todd Pickles_____
                                     TODD PICKLES
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


                              /S/    Clemente M. Jiménez_____
                                     CLEMENTE M. JIMÉNEZ
                                     Attorney for Jose Diaz


## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for July 27, 2017, at 9:30 a.m., be vacated and the matter continued to August 3, 2017, at 9:30 a.m., for further status conference and anticipated change of plea.  The Court finds that time under the Speedy Trial Act be excluded from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

This 25th day of July, 2017.

_____
Troy L. Nunley
United States District Judge