CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE DIAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-412 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE |
| vs. | |
| JOSE DIAZ, | DATE: October 19, 2017<br>TIME: 9:30 a.m. |
| Defendants. | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Pickles, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JOSE DIAZ, that the sentencing hearing scheduled for October 19, 2017, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on December 7, 2017, at 9:30 a.m. for judgment and sentencing.  Having spoken with Mr. Diaz, questions as to the accuracy of the criminal history information noted in the draft presentence report have arisen, into which defense counsel has requested additional investigation by US Probation.  In order for these issues to be addressed, US Probation will require additional time prior to filing its final presentence report.  After consulting with the court regarding availability, the parties propose the following briefing schedule:

Final PSR due: 11/9/17

Motion for Correction: 11/22/17

09/29/17

Reply, or Non-Opposition:  11/30/17

J&S:  12/7/17

DATED:     September 28, 2017      /S/     Todd Pickles
                                   PHILIP A. TALBERT
                                   by TODD PICKLES
                                   Attorney for Plaintiff


                                   /S/     Clemente M. Jiménez
                                   CLEMENTE M. JIMÉNEZ
                                   Attorney for JOSE DIAZ


## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for October 19, 2017, at 9:30 a.m., be vacated and the matter continued to December 7, 2017, at 9:30 a.m. for judgment and sentencing.

This 29th day of September, 2017.

Troy L. Nunley
United States District Judge