CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE DIAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSE DIAZ,<br><br>        Defendants. | Case No.: 2:13-cr-412 TLN<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE:  December 7, 2017<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Pickles, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JOSE DIAZ, that the sentencing hearing scheduled for December 7, 2017, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on January 11, 2018, at 9:30 a.m. for judgment and sentencing. The parties require additional time to discuss and resolve certain matters that could impact sentencing. The parties propose the following briefing schedule:

Motion for Correction: 12/28/17

Reply, or Non-Opposition: 1/4/18

J&S: 1/11/18

| | | |
|---|---|---|
| DATED: | November 27, 2017 | /S/    Todd Pickles |
| | | **PHILIP A. TALBERT** |
| | | by TODD PICKLES |
| | | Attorney for Plaintiff |

/S/    Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for JOSE DIAZ

## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for December 7, 2017, at 9:30 a.m., be vacated and the matter continued to January 11, 2018, at 9:30 a.m. for judgment and sentencing.

This 1st day of December, 2017.

Troy L. Nunley
United States District Judge

12/01/17